HOTEL SYRACUSE, INC., Appellant, *v.* MOTEL SYRACUSE, INC., Respondent.

Argued October 3, 1955; decided October 20, 1955.

*Jerome H. Searl* for appellant.
*Saul H. Alderman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.